*George A. King* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway, Messrs. Perry W. Howard* and *Louis R. Mehlinger* for the United States.

No. 507. ARNOLD J. HELLMICH, COLLECTOR OF INTERNAL REVENUE, *v.* MISSOURI PACIFIC RAILROAD COMPANY. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Sewall Key* for petitioner. *Messrs. Edward J. White, Merritt U. Hayden,* and *James F. Green* for respondent.

No. 511. PUEBLO OF SANTA ROSA *v.* ALBERT B. FALL, SECRETARY, ET AL. October 25, 1926. The petition for a writ of certiorari in this case is granted and the case set for hearing on January 10 next, after the cases heretofore assigned for that day, on the issue as to the existence of authority of counsel who filed the bill to represent complainant. *Messrs. Louis Kleindeinst, W. C. Reid,* and *Levi H. David* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Parmenter* for respondents.

No. 531. CHARLES H. PHELPS, ETC., ET AL. *v.* UNITED STATES. October 25, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Messrs. L. Russell Alden, Charles S. Haight,* and *Harold S. Deming* for petitioners. *Solicitor General Mitchell* for the United States.

No. 539. CHESAPEAKE AND OHIO RAILWAY COMPANY *v.* K. S. LEITCH. October 25, 1926. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of